**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-48851  -JDS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CONNELLY, CAROLYN A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9311  Interest earning MMA Account |

Taxpayer ID No: *******7978

For Period Ending: 12/18/07

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/16/06 | 9 | LAW OFFICE OF NICHOLAS V. LOIZZI | P I Settlement | 1242-000 | 12,451.14 | | 12,451.14 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.07 | | 12,455.21 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.23 | | 12,465.44 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.59 | | 12,476.03 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.25 | | 12,486.28 |
| 07/26/06 | 000301 | CAROLYN A. CONNELLY | Payment of exemption | 8100-002 | | 7,500.00 | 4,986.28 |
| | | | Payment of exemption | | | | |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.40 | | 4,996.68 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.24 | | 5,000.92 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.10 | | 5,005.02 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.26 | | 5,009.28 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.12 | | 5,013.40 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.25 | | 5,017.65 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.27 | | 5,021.92 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.85 | | 5,025.77 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 4.05 | 5,021.72 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.26 | | 5,025.98 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.14 | | 5,030.12 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.27 | | 5,034.39 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.13 | | 5,038.52 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.29 | | 5,042.81 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.28 | | 5,047.09 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.21 | | 5,050.30 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.22 | | 5,053.52 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 2.70 | | 5,056.22 |

Ver: 12.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

| | | |
|---|---|---|
| Case No: | 05-48851  -JDS | |
| Case Name: | CONNELLY, CAROLYN A | |
| Taxpayer ID No: | *******7978 | |
| For Period Ending: | 12/18/07 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9311  Interest earning MMA Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account  *******9311 | | Balance Forward | 0.00 | | | | | |
| | 1 | Deposits | 12,451.14 | | 2 | Checks | 7,504.05 | |
| | 21 | Interest Postings | 109.13 | | 0 | Adjustments Out | 0.00 | |
| | | Subtotal | $  12,560.27 | | 0 | Transfers Out | 0.00 | |
| | 0 | Adjustments In | 0.00 | | | Total | $  7,504.05 | |
| | 0 | Transfers In | 0.00 | | | | | |
| | | Total | $  12,560.27 | | | | | |

LFORM2T4

Ver: 12.61a