UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAROLYN A. CONNELLY, | ) | CASE NO.  05 B 48851 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON.  JOHN D. SCHWARTZ. |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** **Joseph E. Cohen, Esq.
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602
Registrant's e-mail: JCohenAttorney@aol.com**

    **Please Take Notice** that on **DECEMBER 18, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                                            WILLIAM T. NEARY
                                                            UNITED STATES TRUSTEE

DATED: December 18, 2007                BY: /s/ Dean C. Harvalis
                                               Dean C. Harvalis, Assistant U.S. Trustee
                                               OFFICE OF THE U.S. TRUSTEE
                                               227 WEST MONROE, SUITE 3350
                                               CHICAGO, ILLINOIS  60606
                                               (312) 886-5783

**CERTIFICATE OF SERVICE**

    I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on December 18, 2007.

                                                            /s/ Dean C. Harvalis