UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| **CONNELLY, CAROLYN A** ) | | Case No. 05-48851 |
| ) | | |
| Debtor(s). ) | | Hon. **JOHN D. SCHWARTZ** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  **United States Bankruptcy Court, 219 S. Dearborn Street, Courtroom 719 Chicago, IL 60604**

    On:  **February 5, 2008**           Time:  **10:00 A. M**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                                   $12,557.57

   Disbursements                                                         $7,504.05

   Net Cash Available for Distribution                          $5,053.52

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN  *Trustee Compensation* | $0.00 | $2,005.76 | $18.90 |
| COHEN & KROL  *Attorney for Trustee* | $0.00 | $925.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $3,292.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 63.89%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Recovery Management Systems Corpora | $416.06 | $265.84 |
| 000002 | Target National Bank | $149.61 | $95.59 |
| 000003 | Smc C/O Hsbc Bank Nevada, Na - Cars | $453.95 | $290.05 |
| 000004 | St. Alexius Medical Center | $1,074.50 | $686.54 |
| 000005 | Kohls/Chase Bank Usa,n.A. | $765.92 | $489.38 |
| 000006 | Citibank (South Dakota). N.A. | $432.70 | $276.46 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **DECEMBER 20, 2007**                    For the Court,

By:  **KENNETH S. GARDNER**
     CLERK OF BANKRUPTCY COURT

| | |
|---|---|
| Trustee: | Joseph E. Cohen |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8851    Doc 29    Filed 12/20/07    Entered 12/22/07 23:40:48    Desc Imaged
                  Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward              Page 1 of 1           Date Rcvd: Dec 20, 2007
Case: 05-48851                Form ID: pdf002          Total Served: 27

The following entities were served by first class mail on Dec 22, 2007.
db          +Carolyn A Connelly,   1920 Aspen Drive,   Hanover Park, IL 60133-3986
aty         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
aty         +Linda M Kujaca,   SmithAmundsen, LLC,   150 N. Michigan Avenue,   Suite 3300,
              Chicago, IL 60601-6004
aty         +Mark D Weisman,   Law Office of Mark D. Weisman,   100 W Monroe Ste 1310,
              Chicago, IL 60603-1944
tr          +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
10097829    +Alexian Bros.,   1559 Barrington Road,   Hoffman Estates, IL 60169
10097830     Carson Pirie Scott,   P.O. Box 10298,   Jackson , MS 39289-0298
10097831     Central DuPage Hosp.,   P.O. Box 4698,   Carol Stream, IL 60197-4698
10097832     Charter One,   P.O. Box 42002,   Providence, RI 02940-2002
11147729    +Citibank (South Dakota). N.A.,   DBA: Shell,   4740 121st ST,   Urbandale, Ia 50323-2402
10097833     Dachman Center,   966 Estes Ct.,   Schaumburg, IL 60193-4426
10097834     Kohl's,   P.O. Box 2983,   Milwaukee, WI 53201-2983
11091817    +Kohls/Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
10097835     MBNA America,   P.O. Box 15026,   Wilmington, DE 19850-5026
10097836    +MEA-AEA LLC,   900 Oakmont Lane,   Suite 200,   Westmont, IL 60559-5574
11063548    +Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10097838     SEIU,   c/o Union Plus,   P.O. Box 80027,   Salinas, CA 93912-0027
11065330    +SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott,   PO Box 19249,   Sugar Land, TX 77496-9249
10097837     Sear Gold Master Card,   P.O. Box 6922,   The Lakes, NV 88901-6922
10097839     Shell,   P.O. Box 689151,   Des Moines, IA 50368-9151
10097840    +St. Alexius Medical Center,   3040 Salt Creek Ln,   Arlington Hts, IL 60005-1069
10097842    +TCF National Bank,   101 E. 5th Street,   Suite 101,   St. Paul, MN 55101-1898
10097841     Target,   P.O. Box 59231,   Minneapolis, MN 55459-0231
11065099    +Target National Bank,   c/o Weinstein & Riley, P.S.,   2101 Fourth Ave., Suite 900,
              Seattle, WA 98121-2339
10097843    +Wal Mart,   P.O. Box 103055,   Roswell, GA 30076-9055
11493358     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480
11501365     eCAST Settlement Corporation,,   POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
                                                                                         TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2007**              **Signature:**   _Joseph Speetjens_