**FORM 2** Page: 1
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48851 -JDS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CONNELLY, CAROLYN A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9311  Interest earning MMA Account |
| Taxpayer ID No: | *******7978 | | |
| For Period Ending: | 08/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/16/06 | 9 | LAW OFFICE OF NICHOLAS V. LOIZZI | P I Settlement | 1242-000 | 12,451.14 | | 12,451.14 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.07 | | 12,455.21 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.23 | | 12,465.44 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.59 | | 12,476.03 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.25 | | 12,486.28 |
| 07/26/06 | 000301 | CAROLYN A. CONNELLY | Payment of exemption | 8100-002 | | 7,500.00 | 4,986.28 |
| | | | Payment of exemption | | | | |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.40 | | 4,996.68 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.24 | | 5,000.92 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.10 | | 5,005.02 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.26 | | 5,009.28 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.12 | | 5,013.40 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.25 | | 5,017.65 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.27 | | 5,021.92 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.85 | | 5,025.77 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 4.05 | 5,021.72 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.26 | | 5,025.98 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.14 | | 5,030.12 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.27 | | 5,034.39 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.13 | | 5,038.52 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Trustees Rate  1.000 | 1270-000 | 4.29 | | 5,042.81 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.28 | | 5,047.09 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.21 | | 5,050.30 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.22 | | 5,053.52 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.70 | | 5,056.22 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 2.42 | | 5,058.64 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 2.00 | | 5,060.64 |
| 02/05/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 5,060.81 |

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48851 -JDS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CONNELLY, CAROLYN A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9311 Interest earning MMA Account |
| Taxpayer ID No: | *******7978 | | |
| For Period Ending: | 08/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($)      Disbursements ($) | |
| 02/05/08 | | Transfer to Acct #*******6935 | Final Posting Transfer | 9999-000 | 5,060.81 | 0.00 |

```
Account *******9311       Balance Forward         0.00
                      1   Deposits           12,451.14        2   Checks              7,504.05
                     24   Interest Postings     113.72        0   Adjustments Out         0.00
                                                              1   Transfers Out       5,060.81
                          Subtotal      $    12,564.86
                                                                  Total         $   12,564.86
                      0   Adjustments In         0.00
                      0   Transfers In           0.00

                          Total         $    12,564.86
```

LFORM2T4

Ver: 14.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-48851 -JDS  
Case Name: CONNELLY, CAROLYN A  
Taxpayer ID No: *******7978  
For Period Ending: 08/04/08

Trustee Name: JOSEPH E. COHEN  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******6935  BofA - Checking Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Trans. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | Transfer from Acct #*******9311 | Transfer In From MMA Account | 9999-000 | 5,060.81 | | 5,060.81 |
| 02/07/08 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,005.76 | 3,055.05 |
| 02/07/08 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 18.90 | 3,036.15 |
| 02/07/08 | 003003 | COHEN & KROL | | 3110-000 | | 616.66 | 2,419.49 |
| 02/07/08 | 003004 | JOSEPH E. COHEN | Attorney fees per court order | 3110-000 | | 308.34 | 2,111.15 |
| 02/07/08 | 003005 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WAL-MART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 64.11575% | 7100-000 | | 266.76 | 1,844.39 |
| 02/07/08 | 003006 | Target National Bank<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA 98121 | Claim 000002, Payment 64.11336% | 7100-000 | | 95.92 | 1,748.47 |
| 02/07/08 | 003007 | SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott<br>PO Box 19249<br>Sugar Land, TX 77496 | Claim 000003, Payment 64.11499% | 7100-000 | | 291.05 | 1,457.42 |
| 02/07/08 | 003008 | St. Alexius Medical Center<br>3040 Salt Creek Ln<br>Arlington Hts, IL 60005 | Claim 000004, Payment 64.11540% | 7100-000 | | 688.92 | 768.50 |
| 02/07/08 | 003009 | Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX  75374 | Claim 000005, Payment 64.11505% | 7100-000 | | 491.07 | 277.43 |

LFORM2T4

Ver: 14.00

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48851 -JDS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CONNELLY, CAROLYN A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6935  BofA - Checking Account |
| Taxpayer ID No: *******7978 | | | |
| For Period Ending: 08/04/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/08 | 003010 | Citibank (South Dakota). N.A.  DBA:  Shell  4740 121st ST  Urbandale, Ia 50323 | Claim 000006, Payment 64.11602% | 7100-000 | | 277.43 | 0.00 |

```
Account  *******6935    Balance Forward        0.00
                   0    Deposits               0.00      10   Checks             5,060.81
                   0    Interest Postings      0.00       0   Adjustments Out        0.00
                                                          0   Transfers Out          0.00
                        Subtotal        $      0.00
                                                              Total        $     5,060.81
                   0    Adjustments In         0.00
                   1    Transfers In       5,060.81

                        Total          $    5,060.81
```

```
Report Totals           Balance Forward        0.00
                   1    Deposits          12,451.14      12   Checks            12,564.86
                  24    Interest Postings    113.72       0   Adjustments Out        0.00
                                                          1   Transfers Out      5,060.81
                        Subtotal       $   12,564.86
                                                              Total        $    17,625.67
                   0    Adjustments In         0.00
                   1    Transfers In       5,060.81

                        Total          $   17,625.67         Net Total Balance    $  0.00
```

LFORM2T4

Ver: 14.00